UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE PAREJA, individually and on behalf of others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-v-<br><br>GOLDEN PRODUCE, LLC, *et al.*,<br>　　　　　　　　　　　　Defendants. | 23-CV-8486 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　Defendants Golden Produce, LLC and Golden Produce III Corp. were served on September 28, 2023 (ECF Nos. 10, 11), and Defendant Wilson Henriquez was served on October 3, 2023 (ECF No. 12). However, no appearance has been entered on any of Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

　　Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

　　If Plaintiff fails by December 18, 2023 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

　　Plaintiff is directed to serve a copy of this order by mail on Defendants.

　　SO ORDERED.

Dated: November 27, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge