UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE PAREJA, *individually and on behalf of others similarly situated*,

                *Plaintiff*,                1:23-cv-08486

-against-                      **DEFAULT JUDGMENT**

GOLDEN PRODUCE, LLC (D/B/A GOLDEN PRODUCE), GOLDEN PRODUCE III CORP. (D/B/A GOLDEN PRODUCE III), and WILSON HENRIQUEZ,

                *Defendants,*

-----------------------------------------------------------------X

    The summons and Complaint in this action having been duly served on the above-named Defendants GOLDEN PRODUCE, LLC (D/B/A GOLDEN PRODUCE), GOLDEN PRODUCE III CORP. (D/B/A GOLDEN PRODUCE III), and WILSON HENRIQUEZ, and said Defendants having failed to defend in this action, and said default having been duly noted, and upon the annexed Declaration in support of entry of default judgment, with exhibits thereto;

    NOW, on motion of by Order to Show Cause of CSM Legal, P.C., counsel for Plaintiff, it is hereby

    ORDERED, ADJUDGED, and DECREED that Plaintiff JOSE PAREJA, has judgment of Defendants GOLDEN PRODUCE, LLC (D/B/A GOLDEN PRODUCE), GOLDEN PRODUCE III CORP. (D/B/A GOLDEN PRODUCE III), and WILSON HENRIQUEZ, in the total amount of $84,526.79, which includes the total damages of $81,819.79, as well as costs, disbursements and attorney fees in the sum of $2,707.00, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.

**Upon entry of this judgment, the Clerk is directed to mark this case as closed.**

Dated: New York, New York

    February 5   , 2024

                                                J. PAUL OETKEN
                                          United States District Judge